

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW

Washington, DC 20530

Tel: (202) 616-5365

March 22, 2026

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

> RE:  *Abramowitz v. Lake*, No. 26-5086;
>        *Widakuswara v. Lake*, No. 26-5087

Dear Mr. Cislak:

Yesterday, we informed this Court of the district court's decision from late Friday night.  That decision vacated "the March 23 deadline for compliance with the Court's injunction," Dkt. 228 at 7, but left the underlying obligations in place and required the government to file additional information by April 1, *id.* at 8.  Our letter informed the Court that we would provide a further update on how that order affects our motion.

We respectfully write to provide that update.  Our emergency motion sought the following relief:

> The government therefore respectfully requests a stay pending appeal of the injunctive order to restore employees from administrative leave. Because of the compliance deadline of Monday, March 23, the government also requests an immediate administrative stay before that date.

Stay Motion 3.  The government's request for a stay pending appeal is unchanged.  The district court's subsequent order left in place the obligation to "restore employees from administrative leave" that the motion sought to stay.  In light of the new deadline of April 1, the government respectfully requests that the Court rule on the request for an administrative stay by that date if it has not ruled on the motion for a stay pending appeal.

The government plans to file a reply in support of its motion for a stay pending appeal on Tuesday, March 24.

Sincerely,

*/s/ Derek Weiss*
Derek Weiss

cc:    All counsel